# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ALLEN WILKINSON, #2113761 | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-00306 |
| | § | Judge Mazzant/Judge Davis |
| CORPORAL FNU BUNCH, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 3, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #9) that this civil action be dismissed without prejudice for failure to prosecute.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed,[1] the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE**. All motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 22nd day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] On June 10, 2026, a copy of the report was returned as undeliverable and marked, "RTS [RETURN TO SENDER]– DISCHARGED." (Dkt. #10). Plaintiff has not updated his address with the Court as required by the Local Rules. *See* Loc. R. CV-11(d) ("A *pro se* litigant must provide the court with a physical address (i.e., a post office box is not acceptable) and is responsible for keeping the clerk advised in writing of his or her current physical address.").